```
KAMER ZUCKER ABBOTT
Bryan J. Cohen       #8033
Nicole A. Young      #13423
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel:   (702) 259-8640
Fax:   (702) 259-8646
Email: bcohen@kzalaw.com
Email: nyoung@kzalaw.com

Attorneys for Defendants
Village Pub, Inc. and
Village Pub & Poker-Airport, LLC
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT DEMIRJAN,<br><br>           Plaintiff,<br><br>vs.<br><br>VILLAGE PUB, INC., a Domestic Corporation;<br>VILLAGE PUB & POKER-AIRPORT, LLC, a<br>Domestic Limited Liability Company,<br><br>           Defendants. | Case No. 2:14-cv-02037-APG-VCF<br><br>**STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANTS VILLAGE PUB INC. AND VILLAGE PUB & POKER-AIRPORT, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

The parties, by and through their respective counsel of record, hereby stipulate and request that the Court grant an extension of time for Defendants Village Pub, Inc. and Village Pub & Poker-Airport, LLC (collectively referred to herein as "Defendants") to respond to Plaintiff's Complaint, up to and including April 24, 2015. In support of this Stipulation and Request, the parties state as follows:

1. Plaintiff's Complaint was filed on January 16, 2015.

2. The Summons and Complaint were served upon Defendants on February 18, 2015.

3. Currently, Defendants have a deadline of April 10, 2015 to file their response to Plaintiff's Complaint.

4. Counsel for Defendants has requested from Plaintiff's counsel an extension of time for Defendants to respond to Plaintiff's Complaint. Plaintiff's counsel has agreed to Defendants' extension of time request.

5. This request for an extension of time is not sought for any improper purpose or other reason of delay. Rather, it is sought only to provide Defendants sufficient time to address and resolve issues related to insurance coverage, and to thoroughly review and respond to the allegations.

6. This is the second request for an extension of time in this matter.

WHEREFORE, the parties respectfully request that the Court extend the deadline for Defendants Village Pub, Inc. and Village Pub & Poker-Airport, LLC to respond to Plaintiff's Complaint, up to and including April 24, 2015.

DATED this 10th day of April, 2015.

| COHEN & PADDA, LLP | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ Ruth L. Cohen<br>Ruth L. Cohen   #1782<br>4240 West Flamingo Road, Suite 220<br>Las Vegas, Nevada 89103<br>Tel:  (702) 366-1888<br>Fax:  (702) 366-1940<br><br>Attorney for Plaintiff Robert Demirjan | By: /s/ Bryan J. Cohen<br>Bryan J. Cohen   #8033<br>Nicole A. Young   #13423<br>3000 West Charleston Boulevard, Suite 3<br>Las Vegas, Nevada 89102<br>Tel:  (702) 259-8640<br>Fax:  (702) 259-8646<br><br>Attorneys for Defendants<br>Village Pub, Inc. & Village Pub & Poker-Airport, LLC |

**ORDER**

**IT IS SO ORDERED.**

DATE: April 10, 2015

_____
UNITED STATES MAGISTRATE JUDGE