1  KAMER ZUCKER ABBOTT
   Bryan J. Cohen     #8033
2  Nicole A. Young    #13423
   3000 West Charleston Boulevard, Suite 3
3  Las Vegas, Nevada 89102-1990
   Tel:  (702) 259-8640
4  Fax:  (702) 259-8646
   Email: bcohen@kzalaw.com
5  Email: nyoung@kzalaw.com

6  Attorneys for Defendants
   Village Pub, Inc. and
7  Village Pub & Poker-Airport, LLC

8                   UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10 ROBERT DEMIRJAN,              )   Case No. 2:14-cv-02037-APG-VCF
                                 )
11              Plaintiff,       )
                                 )   **STIPULATION FOR DISMISSAL**
12 vs.                           )   **WITH PREJUDICE**
                                 )
13 VILLAGE PUB, INC., a Domestic )
   Corporation; VILLAGE PUB & POKER- )
14 AIRPORT, L.L.C., a Domestic Limited )
   Liability Company,            )
15                               )
                Defendants.      )
16 _____)

17      Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and
18 through their respective counsel of record, hereby stipulate and request that the above-captioned
19 case be dismissed in its entirety *with prejudice*. Each party is to bear their own attorneys' fees
20 and costs.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own costs and attorneys' fees.

DATED this 6th day of July, 2015.

| COHEN & PADDA, LLP | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ Ruth L. Cohen<br>Ruth L. Cohen    #1782<br>4240 West Flamingo Road,<br>Suite 220<br>Las Vegas, Nevada 89103<br>Tel:   (702) 366-1888<br>Fax:  (702) 366-1940<br><br>Attorneys for Plaintiff<br>Robert Demirjan | By: /s/ Bryan J. Cohen<br>Bryan J. Cohen    #8033<br>Nicole A. Young    #13423<br>3000 West Charleston Boulevard,<br>Suite 3<br>Las Vegas, Nevada 89102<br>Tel:   (702) 259-8640<br>Fax:  (702) 259-8646<br><br>Attorneys for Defendants<br>Village Pub, Inc. and<br>Village Pub & Poker-Airport, LLC |

**ORDER**

**IT IS SO ORDERED.**

DATED: July 7, 2015

_____
UNITED STATES DISTRICT COURT JUDGE